UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIO JOSEPH REYBOL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PROVIDENT CREDIT UNION, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-07887-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING DISMISSAL**<br><br>Re: Dkt. No. 8 |

　　　The Court has reviewed Magistrate Judge Sallie Kim's Report and Recommendation Regarding Dismissal. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

　　　IT IS HEREBY ORDERED that this case is dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk is directed to enter judgment in favor of Defendant and against Plaintiff, and to close the file.

**IT IS SO ORDERED.**

Dated: April 1, 2025

　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Judge